FILED SEP 12 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID ERIC ALLEN, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JEROME WALSH, et al. | : | |
|     Respondents. | : | No.  13-5614 |

## ORDER

MARY A. MCLAUGHLIN, J.

AND NOW, this 12th day of Sept., 2014, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

    i.    The Report and Recommendation is APPROVED and ADOPTED.

    ii.    The petition for Writ of *Habeas Corpus* is DISMISSED.

    iii.    Petitioner's Motion for Appointment of Counsel for Representation at Evidentiary Hearing (Doc. 9) is DENIED.

    iv.    Petitioner's Petition for Writ of Habeas Corpus for Immediate Release (Doc. 15) is DENIED.

    v.    Petitioner's Motion for Evidentiary Hearing/Oral Argument (Doc. 27) is DENIED.

    vi.    There is no probable cause to issue a certificate of appealability.

    vii.    The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

ENTERED
SEP 12 2014
CLERK OF COURT

MARY A. MCLAUGHLIN, J.